**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 Joaquim Pedro De Morais Filho,

                                  Plaintiff,

               -against-                                                    26 **CIVIL** 2112 (GBD)

                                                                        **JUDGMENT**

United States Department of Homeland Security
(DHS) et al.,

                                  Defendants.
-------------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 15, 2026, the Court has dismissed this action as frivolous.

See 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies under 28 U.S.C. § 1915(a)(3) that any

appeal from the order would not be taken in good faith, and therefore in forma pauperis status is

denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962); accordingly, the case is closed.

**Dated:** New York, New York

         April 22, 2026

                                                    **TAMMI M. HELLWIG**
                                         _____
                                                    **Clerk of Court**

                                 **BY:**            K. mango
                                         _____
                                                    **Deputy Clerk**